UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------- X
EDWARD M. von der SCHMIDT and KEANNA NGÔ,

          Plaintiffs,

    - against -

TOM HIGGINS and SILVERSTEIN PROPERTIES d/b/a RIVER PLACE MANAGEMENT,

          Defendants.
--------------------------------------------------------------------------------- X

24 Civ. 3462 (AT) (GS)

ORDER

**GARY STEIN, United States Magistrate Judge:**

      On August 13, 2024, the Honorable Analisa Torres referred this matter to the undersigned on consent after Plaintiffs had submitted a letter in which they represented that the parties had conferred and agreed to conduct all further proceedings before a magistrate judge. (Dkt. Nos. 14 & 15). At the time of the letter and Judge Torres's referral order, Defendants had not yet appeared in this action, and the docket indicated that their time to appear and respond to Plaintiffs' Complaint ran through September 13, 2024. (See Dkt. Nos. 11 & 13). The docket now reflects that on September 13, 2024, both Defendants appeared in this action and moved to dismiss the Complaint. (*See* Dkt. Nos. 19-21).

      In light of the foregoing circumstances, in order to ensure that the parties' consent to proceed before a magistrate judge is properly documented, the parties are directed to complete, sign and file on the docket a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge by no later than **September 20, 2024**. The form may be found via [this link to the Court's website](#).

      Prior to Defendants' appearance, the undersigned set down this matter for an Initial Case Management Conference ("ICMC") to be held on September 26, 2024 at 2:00 p.m. (Dkt. No. 16). The Court hereby converts the ICMC to a status conference to discuss next steps in this case in light of the filing of Defendants' motion to dismiss. The date, time, and call-in information for the conference remain the same as set forth in the Order dated August 14, 2024 (Dkt. No. 16).

      **SO ORDERED.**

DATED:    New York, New York
              September 16, 2024

_____
GARY STEIN
United States Magistrate Judge