UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDWARD M. VON DER SCHMIDT and
KEANNA NGO,

                Plaintiffs,                24 Civ. No. 3462 (GS)

    -against-                  **ORDER**

TOM HIGGINS and SILVERSTEIN
PROPERTIES,

                Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      The Court issued an order on December 17, 2024 (Dkt. No. 37) directing the parties to provide a joint status letter no later than 7 days after participation in the Court Annexed Mediation Program. A Mediation Conference was scheduled for February 18, 2025, which would have required a status letter to be filed by February 25, 2025. To date, as far as the docket reflects, no such letter has been filed. The parties are directed to file a joint status letter by no later than **Monday, March 17, 2025.**

      SO ORDERED.

DATED:    New York, New York
               March 10, 2025

                                                                   The Honorable Gary Stein
                                                                  United States Magistrate Judge