UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDWARD M. VON DER SCHMIDT and
KEANNA NGO,

                Plaintiffs,                      **24 Civ. No. 3462 (GS)**

       -against-

                                                   **ORDER**

TOM HIGGINS and SILVERSTEIN
PROPERTIES,

                Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       The Court having been advised that the parties have reached a settlement in principle (Dkt. No. 39), it is ORDERED that all court dates are hereby adjourned, and the above-entitled action is hereby dismissed and discontinued without costs, without prejudice to Plaintiffs' right to reopen the action within 30 days of the date of this Order if the settlement is not consummated.

       To be clear, any application to reopen must be filed within 30 days of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same 30-day period to be "so ordered" by the Court. Any proposed order approving the settlement agreement that seeks the Court's continued jurisdiction should either (1) expressly state that the Court retains jurisdiction to enforce the agreement or (2) incorporate the terms of the settlement agreement in the order.

       The Clerk of Court is respectfully directed to terminate all deadlines and to close this case. The Clerk is further directed to mail a copy of this Order to Plaintiffs at the address indicated on the docket.

**SO ORDERED.**

DATED:    New York, New York
          March 12, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge